UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>MC TOURS INC<br><br>Debtor | Case No. 21-01609 ESL11<br><br>SubChapter V |

## SUPPLEMENT TO EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING DEBTOR TO OBTAIN EMERGENCY CREDIT

TO THE HONORABLE BANKRUPTCY COURT

COMES NOW, Debtor, represented by the undersigned counsel, and very respectfully moves submits the instant supplement to the Emergency Motion for Interim and Final Orders Authorizing Debtor to Obtain Postpetition Credit.

1. On May 24, 2021, Debtor filed a petition for reorganization under the provisions of Chapter 11 of the Bankruptcy Code (Subchapter V), and as of that date has been managing its affairs and operating its business as debtor in possession, as provided for in the Bankruptcy Code (Dkt No. 1).

2. On July, 21, 2021, Debtor sought emergency relief to obtain postpetition credit (the "Emergency Motion") (Dkt No. 48).

3. In support of the Emergency Motion, and in compliance with Federal Rule of Bankruptcy Procedure 4001, Debtor hereby submits a proposed form of order, as **Exhibit A**, together with the terms of the Intended loan, as **Exhibit B**.

**WHEREFORE**, Debtor respectfully requests that this Honorable Court takes notice of the foregoing and grants Debtor's emergency relief to obtain postpetition credit, as supplemented herein, with any other appropriate relief.

**NOTICE**

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants of CM/ECF, including the Office of the United States Trustee.

In San Juan, Puerto Rico, this 22nd day of July, 2021.

**MRO Attorneys at Law LLC**
*Attorneys for Debtor*
PO Box 367819
San Juan, PR 00936-7819
Tel. 787-404-2204
Email: mro@prbankruptcy.com
Web: www.prbankruptcy.com

*s/ Myrna L. Ruiz-Olmo*
USDC-PR No. 223209