EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| In re: | Case No. 21-01609 ESL11 |
|---|---|
| MC TOURS INC | SubChapter V |
| Debtor | |

### ORDER AUTHORIZING POSTPETITION CREDIT

After reviewing Debtor's emergency motion, dated July 21, 2021, seeking the entry of an ex parte emergency order authorizing Debtor to incur in post-petition secured indebtedness pursuant to Sections 105(a), 362, 363 and 364(c) and (d) of the Bankruptcy Code, and sufficient cause appearing therefore, for the granting of this relief ex parte under Rule 4001(a)(2) and Debtor's attorney having certified that irreparable and immediate loss will be caused if this relief is not granted, which the Court finds reasonable under the circumstances and in accordance to Rule 4001(d)(1) and (4) of the Federal Rules of Bankruptcy Procedure, as indicated in the certificate of service of the emergency motion, and no objection having been filed,

**THE COURT HEREBY FINDS:**

A. On May 24, 2021, Debtor filed a petition for reorganization under the provisions of Chapter 11 of the Bankruptcy Code (Subchapter V). Pursuant to Section 1107 and 1108 of the Bankruptcy Code, Debtor has retained possession of its assets and the management of its property. Debtor has shown that irreparable harm would occur, consisting of the inability to effectively continue with its operations and reorganize, justifying the emergency granting of this relief ex-parte. Creditors will be protected by notice of this order and by an Interim, and if necessary Final Hearing on the matter.

B. A creditor committee, as provided under Section 1102 of the Bankruptcy Code, has not been appointed. No Examiner has been appointed in this case. A SubChapter V Trustee has been appointed.

C. Debtor has agreed that, as of the filing of its Chapter 11 petition, it owed the Small Business Administration approximately $150,000.00 under the Economic Injury Disaster Loan (EIDL) (the "Prepetition Debt"). Debtor represents that the Prepetition Debt is secured under the terms of the EIDL.

D. An immediate need exists for debtor to obtain the post-petition loan from SBA in order to, among other things, maintain and protect assets and pay expenses incurred in the ordinary course of its business. Debtor believes and represents that it is necessary for the purpose of providing debtor with an opportunity to seek its reorganization, as contemplated by the Bankruptcy Code, that debtor be able to avail itself of SBA's credit and other relief as set forth herein.

E. Good cause has been shown for the entry of this Order and immediate entry thereof is necessary to avoid irreparable harm and injury to debtor.

**ORDER**

**IT IS HEREBY ORDERED, ADJUDBGED AND DECREED THAT:**

1. The recitals set forth above are incorporated as a part of this order.

2. Debtor is authorized to extend the credit facility with SBA, and under the terms and conditions of the EIDL, that is, a fixed interest rate at 2.75%, and maturity of thirty (30) years, subject to a general security agreement (UCC) designating current business assets already serving as collateral to the SBA Loan.

3. The automatic stay is modified to permit SBA, in its sole discretion, to file financing statements, mortgages, or other similar documents to evidence the security interests under the credit facility and take such other action required or permitted by the credit facility.

SO ORDERED.

San Juan, Puerto Rico, this ___ day of July, 2021.

_____
United States Bankruptcy Judge