EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | Case No. 21-01609 ESL11 |
| MC TOURS INC | SubChapter V |
| Debtor | |

### TERMS OF COVID-19 ECONOMIC INJURY DISASTER LOAN

| | |
|---|---|
| **PURPOSE** | To meet financial obligations and operating expenses that could have been met had the disaster not occurred |
| **LOAN AMOUNT** | For loans approved starting the week of April 6, 2021: 24-months of economic injury with a maximum loan amount of $500,000.<br><br>For loans approved prior to the week of April 6, 2021, see loan increases. |
| **TERMS** | ○ 3.75% for businesses (fixed)<br>○ 2.75% for nonprofits (fixed)<br>○ 30 years<br>○ No pre-payment penalty or fees |
| **USE OF PROCEEDS** | Working capital and normal operating expenses<br><br>*Example:* continuation of health care benefits, rent, utilities, fixed debt payments. |
| **COLLATERAL REQUIREMENTS** | ○ Required for loans over $25,000<br>○ SBA uses a general security agreement (UCC) designating business assets as collateral, such as machinery and equipment, furniture and fixtures, etc. |
| **FORGIVABLE** | ○ NO – EIDL Loan<br>○ YES – EIDL Advance*<br><br>**\*Advance funds have been fully allocated and are not currently available** |
| **MATURITY** | 30 years |
| **PAYMENTS** | Borrower may make payments if they choose to do so.<br><br>Set up online payments through Pay.gov **OR** mail payments to:<br><br>U.S. Small Business Administration<br>721 19th Street<br>Denver, CO 80202<br><br>Be sure to include EIDL loan number on mailed-in checks. |